# First District Court of Appeal
## State of Florida

—————————————————

No. 1D18-286

—————————————————

DAVID C. MYERS,

Appellant,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Appellee.

—————————————————

On appeal from the Circuit Court for Liberty County.
Francis J. Allman, Judge.

January 22, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

David C. Myers, pro se, Appellant.

Ashley B. Moody, Attorney General, and Michael McDermott, Assistant Attorney General, for Appellee.